IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY C. JACKSON,

 Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-2656

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed August 15, 2016.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Summer N. Boyd, Law Office of Summer Boyd, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED. However, on the State's proper confession of error, we remand

for correction of a scrivener's error in the Order of Revocation. Accordingly, the Order of Revocation of Probation should be amended to comport with oral pronouncements of the trial court with violations noted of Conditions 5 and 11 only. Kemp v. State, 135 So. 3d 347 (Fla. 1st DCA 2013).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.